**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18−06164−dd Chapter: 7

**In re:**
Jason Vincent Carnavale Amanda Joyce Carnavale

**Filed By The Court**
**3/6/19**
**Laura A. Austin**
**Clerk of Court**
**US Bankruptcy Court**

**Entered By The Court**
**3/6/19**

## ORDER DISCHARGING DEBTOR(S) AND TRUSTEE AND CLOSING THE CASE

The trustee, having certified that the estate of the above−named debtor(s) has been fully administered, and it appearing that the debtor(s) having met the requirements for discharge under 11 USC § 727,

1. The debtors(s), **Jason Vincent Carnavale**, **Amanda Joyce Carnavale** are granted a discharge;
2. The trustee is discharged as the trustee of this case; and
3. The chapter 7 case of the above−named debtor(s) is closed.

**IT IS SO ORDERED.**

Chief United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of South Carolina

In re: Case No. 18-06164-dd
Jason Vincent Carnavale Chapter 7
Amanda Joyce Carnavale
Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-3 User: admin Page 1 of 2 Date Rcvd: Mar 06, 2019
Form ID: 166BNC Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.

543543562 ADVANCED CALL CENTER TECHNOLOGIES, LLC, P.O. BOX 9091, JOHNSON CITY TN 37615-9091
543543563 ALTRAN FINANCIAL, LP, PO BOX 4044, CONCORD CA 94524-4044
543543564 +AMCOL SYSTEMS, PO BOX 21625, COLUMBIA SC 29221-1625
543543567 ARM SOLUTIONS, INC., PO BOX 2929, CAMARILLO CA 93011-2929
543543568 +BEST BUY CREDIT SERVICES, P.O. BOX 790441, SAINT LOUIS MO 63179-0441
543543569 BIOREFERENCE LABORATORIES, PO BOX 21134, NEW YORK NY 10087-1134
543543573 +CLARK'S TERMITE & PEST CONTROL, PO BOX 465, IRMO SC 29063-0465
543543577 +ENERBANK, 1245 BRICKYARD ROAD, SUITE 600, SALT LAKE CITY UT 84106-2562
543543558 +FHA, 451 7TH STREET SW, WASHINGTON DC 20410-0001
543543578 +FIRST FINANCIAL ASSET MGMT, INC., GLOBAL RECEIVABLE PORTFOLIO SOLUTIONS, 3091 GOVERNORS LAKE DRIVE, SUITE 500, NORCROSS GA 30071-1135
543543579 GM FINANCIAL LEASING, P.O. BOX 183834, ARLINGTON TX 76096-3834
543543582 LABCORP, P.O. BOX 2240, BURLINGTON NC 27216-2240
543543585 MICHAEL HARRISON, ESQUIRE, 3155 STATE ROUTE 10, SUITE 214, DENVILLE NJ 07834-3430
543543586 +MOUNT SINAI MEDICAL CENTER SURGICAL ASSO, PO BOX 30668, NEW YORK NY 10087-0668
543543587 +MOUNTAINWOOD SPRING WATER, LLC, PO BOX 378, BLAIRSTOWN NJ 07825-0378
543543588 +NORTH JERSEY DERMATOLOGY CENTER, PC, 35 GREEN POND ROAD, ROCKAWAY NJ 07866-2057
543543589 ++NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 (address filed with court: NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET, SUITE 8, ROCKAWAY NJ 07866-3149)
543543590 ONCOLOGY & HEMATOLOGY SPECIALISTS, PA, 333 ROUTE 46 WEST, MOUNTAIN LAKES NJ 07046-1743
543543591 +PALMETTO DERMATOLOGY, 3574 SUNSET BOULEVARD, WEST COLUMBIA SC 29169-3044
543543593 +PALMETTO HEALTH, 293 GREYSTONE BLVD, 3RD FLOOR, COLUMBIA SC 29210-8004
543543592 +PALMETTO HEALTH, PHYSICIAN PRACTICE BILLING, 293 GREYSTONE BLVD, 3RD FLOOR, COLUMBIA SC 29210-8004
543543594 +PALMETTO HEALTH RICHLAND, 293 GREYSTONE BOUELVARD, 1ST FLOOR, COLUMBIA SC 29210-8004
543543595 +PALMETTO IMAGING IRMO, PO BOX 934805, ATLANTA GA 31193-4805
543543596 PATHOLOGY ASSOCIATES OF LEXINGTON, PO BOX 896156, CHARLOTTE NC 28289-6156
543543597 +PATRICIA DREYFUSS, MD, 115 RT. 46 W, BUILDING D, SUITE 27, MOUNTAIN LAKES NJ 07046-1671
543543598 +PITTS RADIOLOGY, 1519 Marion Street, Columbia SC 29201-2910
543543599 PMAB, LLC, PO BOX 12150, CHARLOTTE NC 28220-2150
543543600 PNC BANK, A DIVISION OF PNC BANK, NA, PO BOX 3429, PITTSBURGH PA 15230-3429
543543602 RECEIVABLE SOLUTIONS, INC., P.O. BOX 1984, SOUTHGATE MI 48195-0984
543543603 +RICHARD L. OLLER, 35 GREEN POND ROAD, ROCKAWAY NJ 07866-2057
543543604 RMB, INC., 409 BEARDEN PARK CIRCLE, KNOXVILLE TN 37919-7448
543543605 +ROBERT DANIELS, DDS, 22 HOWARD BOULEVARD, SUITE 102, MOUNT ARLINGTON NJ 07856-1532
543543576 +SAINT CLARE'S DENVILLE HOSPITAL, 25 POCONO ROAD, DENVILLE NJ 07834-2954
543543606 SC NEUROLOGICAL CLINIC, PA, PO BOX 1488, COLUMBIA SC 29202-1488
543543608 SLOBODON J. MIRIC, MD, 35 W. MAIN STREET, SUITE 103, DENVILLE NJ 07834-2154
543543609 ST. CLARE'S HEALTH SERVICE, PO BOX 536598, PITTSBURGH PA 15253-5907
543543611 +THE DERMATOLOGY GROUP, LLC, 1709 BARNWELL STREET, COLUMBIA SC 29201-2641
543543612 UNIVERSITY PEDIATRICS, 9 MEDICAL PARK, SUITE 200A, COLUMBIA SC 29203-6878
543543561 +US DEPARTMENT OF VETERANS AFFAIRS, P.O. BOX 530269, ATLANTA GA 30353-0269
543543560 US DEPT OF VETERANS AFFAIRS, P.O. BOX 8079, PHILADELPHIA PA 19101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

db +E-mail/PDF: jason.carnavale@gmail.com Mar 06 2019 22:54:19 Jason Vincent Carnavale, 220 Baneberry Loop, Lexington, SC 29073-6977
jdb +E-mail/PDF: jason.carnavale@gmail.com Mar 06 2019 22:54:19 Amanda Joyce Carnavale, 220 Baneberry Loop, Lexington, SC 29073-6977
543543565 +EDI: RMCB.COM Mar 07 2019 03:48:00 AMERIAN MEDICAL COLLECTION AGENCY, 4 WESTCHESTER PLAZA, BUILDING 4, ELMSFORD NY 10523-1615
543543566 EDI: AMEREXPR.COM Mar 07 2019 03:48:00 AMERICAN EXPRESS, CUSTOMER SERVICE, P.O. BOX 981535, EL PASO TX 79998-1535
543543580 EDI: HNDA.COM Mar 07 2019 03:48:00 HONDA FINANCIAL SERVICES, PO BOX 165378, IRVING TX 75016-5378
543543570 EDI: CAPITALONE.COM Mar 07 2019 03:48:00 CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY UT 84130-0285
543543571 +E-mail/Text: bankruptcy@certifiedcollection.com Mar 06 2019 22:54:41 CERTIFIED CREDIT & COLLECTION BUREAU, PO BOX 1750, WHITEHOUSE STATION NJ 08889-1750
543543572 +EDI: CITICORP.COM Mar 07 2019 03:48:00 CITIBANK, CUSTOMER SERVICE, P.O. BOX 6500, SIOUX FALLS SD 57117-6500
543543574 +E-mail/Text: marsha@dtrr.com Mar 06 2019 22:54:32 DATA TRAC, P.O. BOX 3699, ANDERSON SC 29622-3699
543543575 EDI: DISCOVER.COM Mar 07 2019 03:48:00 DISCOVER, P.O. BOX 30943, SALT LAKE CITY UT 84130
543543581 EDI: CBSKOHLS.COM Mar 07 2019 03:48:00 KOHL'S, P.O. BOX 3043, MILWAUKEE WI 53201-3043
543543581 E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 22:54:34 KOHL'S, P.O. BOX 3043, MILWAUKEE WI 53201-3043
543543583 E-mail/Text: cssupport@lexhealth.org Mar 06 2019 22:54:29 LEXINGTON MEDICAL CENTER, ATTN: BANKRUPTCY, 470 HULON LANE, WEST COLUMBIA SC 29169
543543584 +EDI: MERRICKBANK.COM Mar 07 2019 03:48:00 MERRICK BANK, P.O. BOX 9201, OLD BETHPAGE NY 11804-9001

District/off: 0420-3 User: admin Page 2 of 2 Date Rcvd: Mar 06, 2019
Form ID: 166BNC Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

543544949 +EDI: PRA.COM Mar 07 2019 03:48:00 PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
543543601 +E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 06 2019 22:55:18 QUEST DIAGNOSTICS, CORPORATION HEADQUARTERS, 500 PLAZA DRIVE, SECAUCUS NJ 07094-3656
543543557 +E-mail/Text: bankruptcy@sctax.org Mar 06 2019 22:55:00 SC DEPARTMENT OF REVENUE, P.O. BOX 12265, COLUMBIA SC 29211-2265
543543607 EDI: SEARS.COM Mar 07 2019 03:48:00 SEARS, P.O. BOX 6282, SIOUX FALLS SD 57117-6282
543543610 EDI: RMSC.COM Mar 07 2019 03:48:00 SYNCHRONY BANK (WALMART), ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 965064, ORLANDO FL 32896-5064
543543559 +E-mail/Text: USASC-Bankruptcy@usdoj.gov Mar 06 2019 22:55:05 UNITED STATES ATTORNEY, DISTRICT OF SOUTH CAROLINA, 1441 MAIN STREET, SUITE 500, COLUMBIA SC 29201-2897
543543613 EDI: WFFC.COM Mar 07 2019 03:48:00 WELLS FARGO CARD SERVICES, P.O. BOX 10347, DES MOINES IA 50306-0347
543543614 +EDI: WFFC.COM Mar 07 2019 03:48:00 WELLS FARGO HOME MORTGAGE, CORRESPONDENCE, P.O. BOX 10335, DES MOINES IA 50306-0335
543543615 E-mail/Text: collect@williamsalexander.com Mar 06 2019 22:54:39 WILLIAMS, ALEXANDER & ASSOCIATES, PO BOX 2148, WAYNE NJ 07474-2148

TOTAL: 23

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

Janet B. Haigler jhaigler@haiglerlawfirm.com, jhaigler@ecf.epiqsystems.com
Lex Rogerson, Jr. on behalf of Joint Debtor Amanda Joyce Carnavale lexlaw@windstream.net, csreynolds@windstream.net
Lex Rogerson, Jr. on behalf of Debtor Jason Vincent Carnavale lexlaw@windstream.net, csreynolds@windstream.net
US Trustee's Office USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 4